# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BARRY TAUL, ex rel., UNITED STATES OF AMERICA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Case No.: 2:14-CV-0061-VEH**<br>)<br>) |
| **NAGEL ENTERPRISES, INC., et al.,** | )<br>)<br>) |
| Defendants. | ) |

## FINAL JUDGMENT ORDER

In accordance with the jury verdict (Doc. 190) reached on February 5, 2018, and the parties' supplemental briefing, **FINAL JUDGMENT** is hereby **ENTERED** in favor of Plaintiff, Barry Taul ex rel. United States of America, and against Defendants Jed Nagel and Nagel Enterprises, Inc. as follows:

The Court notes damages in the amount of $1,769,710.02. Pursuant to 31 U.S.C. § 3729(a), the Court trebles these damages. The Court **ENTERS** a damages judgment of $5,309,130.06 against both Defendants, jointly and severally.

The Court notes the jury found 1709 violations of the False Claims Act. Pursuant to 31 U.S.C. § 3729(a), the Court assesses a civil penalty in the amount of $5,500 per claim. The Court **ENTERS** a civil penalties judgment of $ 9,399,500

against both Defendants, jointly and severally.

Pursuant to 31 U.S.C. § 3730(d)(2), and because the United States government did not proceed in this action, Plaintiff Barry Taul is entitled to 27.5% (twenty-seven and one half percent) of the proceeds of this lawsuit.

In total, the Court **ENTERS** a judgment in the total amount of $14,708,630.06 (fourteen million seven hundred eight thousand six hundred thirty dollars and six cents) against both Defendants, jointly and severally.

**DONE** and **ORDERED** this the 28th day of February, 2018.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge